## HENRY S. COLE AND AUGUSTUS S. PORTER *versus* NOAH MADISON.

JOURNAL ENTRIES (1830): *Journal 4:* (1) Motion to quash certiorari *p. 373; (2) judgment affirmed *p. 427.
PAPERS IN FILE: (1) Affidavit and petition for certiorari, allocatur; (2) writ of certiorari and return; (3) motion to quash certiorari; (4) assignment of errors; (5) joinder in error; (6) precipe for fi. fa.; (7) writ of fi. fa. and return.
*1824–36 Calendar*, MS p. 209.

## CHARLES JACKSON *versus* ETIENNE DUVAL, PETER P. FERRY, AND JAMES H. MILLER.

JOURNAL ENTRIES (1830): *Journal 4:* (1) Motion to dissolve injunction *p. 383; (2) motion to dis-

solve argued, submitted *p. 386; (3) injunction dissolved *p. 402.
PAPERS IN FILE: (1) Bill of complaint, order for injunction; (2) bond for injunction; (3) writ of injunction and return; (4) writ of subpoena and return; (5) answer of Etienne Duval; (6) answer and disclaimer of Peter P. Ferry; (7) affidavit of Warner Wing; (8) writ of fi. fa. for costs, return.
*Chancery Case* 126 of 1830.

## JAMES P. SMITH *versus* THOMAS PALMER.

JOURNAL ENTRIES (1830–31): *Journal 4:* (1) Rule for consent decree *p. 400; (2) rule made absolute nisi *p. 430.
PAPERS IN FILE: (1) Bill of complaint; (2) answer; (3) stipulation for final decree; (4) draft of decree.
*Chancery Case* 130 of 1830.

## MARY NEWMAN, AN INFANT, BY HER NEXT FRIEND, KNOWLES HALL, *versus* EDWARD NEWMAN.

JOURNAL ENTRIES (1830–32): *Journal 4:* (1) Complainant made ward of court, next friend to act as guardian *p. 403; (2) motion to dissolve injunction *p. 441; (3) exceptions to answer referred to master *p. 457; (4) motion to dismiss *p. 486; (5) order making complainant ward of court rescinded, bill dismissed *p. 498.
PAPERS IN FILE: (1) Bill of complaint, order for injunction; (2) writ of injunction and return; (3) writ of subpoena and return; (4) motion to place complainant under the protection of the court, etc.; draft of order; (5) answer; (6) exceptions to answer; (7) suggestion of complainant's marriage, motion to rescind order declaring complainant a ward of the court.
*Chancery Case* 129 of 1830.